# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160804

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARK LOUIS JENDRZEJEWSKI,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160804
COA: 349885
Gogebic CC: 1992-000229-FH

On order of the Court, the application for leave to appeal the November 19, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk

t0921